```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 39265
   NAYESA LOUVERSIA WALKER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-1424

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/21/2004 and was confirmed 12/09/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
HERITAGE ACCEPTANCE CORP  SECURED           2675.00           202.97         2675.00
WELLS FARGO BANK          CURRENT MORTG         .00              .00             .00
WELLS FARGO BANK          MORTGAGE ARRE     1711.40              .00         1711.40
THOMAS R HITCHCOCK        PRIORITY         NOT FILED             .00             .00
HERITAGE ACCEPTANCE CORP  UNSECURED         4549.42              .00         4549.42
WELLS FARGO BANK          COST OF COLLE        .00              .00             .00
THOMAS R HITCHCOCK        DEBTOR ATTY      1,634.50                          1,634.50
TOM VAUGHN                TRUSTEE                                              581.48
DEBTOR REFUND             REFUND                                                 2.04

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  11,356.81

PRIORITY                                              .00
SECURED                                          4,386.40
    INTEREST                                       202.97
UNSECURED                                        4,549.42
ADMINISTRATIVE                                   1,634.50
TRUSTEE COMPENSATION                               581.48
DEBTOR REFUND                                        2.04
                         --------------        --------------
TOTALS                   11,356.81              11,356.81



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 39265 NAYESA LOUVERSIA WALKER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE